# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Pacific Mills Acquisition LLC     **Case Number:** 08-14589     **Ch:** 11

**Matter:**
   #139  Application filed by Debtor to Employ Rocco Beatrice d/b/a Property Tax Associates as Real Estate Tax Abatement Specialist Nunc Pro Tunc and to Pay Compensation  (A. Rutterberg)
   #148 Limited Objection by U. S. Trustee   (P. Bachtell)

**MOVANT/APPLICANT/PARTIES**

**OUTCOME:**

☐ By Agreement of the Parties

_____Granted _____ Denied _____ Approved _____Sustained

_139_Denied _____ Denied without prejudice _____Withdrawn in open court _____Overruled

_____OSC enforced/released

_____Continued to:_____ For:_____

_____Formal order/stipulation to be submitted by: _____Date due:_____

_____Findings and conclusions dictated at close of hearing incorporated by reference

_____Taken under advisement:  Brief(s) due_____ From_____
                              Response(s) due_____ From_____

_____Fees allowed in the amount of: $_____ Expenses of: $_____

_____No appearance/response by:_____

_____DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held.

IT IS SO NOTED:                IT IS SO ORDERED:

                               /s/ William C. Hillman

_____          _____Dated: 06/09/2010
Courtroom Deputy               William C. Hillman, U.S. Bankruptcy Judge